UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:06-CR-257-T-30MSS

**UNITED STATES OF AMERICA**

-vs-                                                    20 November 2006

**PATRICK HENRY STEWART,**

    Defendant.
_____/

TRANSCRIPT OF PROCEEDINGS
*(SENTENCING HEARING)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.
UNITED STATES DISTRICT COURT JUDGE**

FILED 2006 DEC 11 PM 3:04
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

APPEARANCES:

**For the Government:**     ROBERT MONK, ESQUIRE
                            *United States Attorney's Office*
                            Assistant United State's Attorney
                            400 North Tampa Street
                            Suite 3200
                            Tampa, Florida 33602
                            Phone: (813) 274-6000
                            Fax: (813) 274-6103
                            robert.monk@usdoj.gov

**For the Defendant:**      KEVIN J. DARKEN, ESQUIRE
                            *Cohen, Jayson & Foster*
                            201 East Kennedy Boulevard
                            Suite 1000
                            Tampa, Florida 33602
                            Phone: (813) 225-1655
                            Fax: (813) 225-1921
                            kdarken@tampalawfirm.com

ALSO PRESENT:               **PATRICK HENRY STEWART (The Defendant)**
                            SARA BOSWELL (Courtroom Deputy Clerk)
                            WILLIAM HAUSER (Probation Officer)
                            FRANK DOHERTY (Court Security
                                Officer)
*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

*SHERRILL LYNN JACKSON, RPR
Official Court Reporter, U.S. District Court
Middle District of Florida, Tampa Division*